UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JANEVONNE HUBBARD,<br><br>Defendant.<br>_____/ | Case:2:23-cr-20390<br>Judge: Goldsmith, Mark A.<br>MJ: Grand, David R.<br>Filed: 07-11-2023 At 04:20 PM<br>INDI USA V JANVONNE HUBBARD (LG)<br><br>Violations:<br>18 U.S.C. § 641<br>18 U.S.C. § 1029(a)(2)<br>18 U.S.C. § 408(a)(4) |

## INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE
### 18 U.S.C. § 641 - Theft of Government Funds

1. Beginning in or around August 2008, and continuing through July 2018, in the Eastern District of Michigan, Southern Division, the defendant, JANEVONNE HUBBARD, willfully and knowingly embezzled, stole, purloined, and converted to her own use, money of the Social Security Administration ("SSA"), a department or agency of the United States, that is, Social Security Act, Title II, Retirement Insurance Benefits having a value greater than $1,000.00; in violation of Title 18, United States Code, Section 641.

## COUNT TWO
## 18 U.S.C. § 1029(a)(2) – Access Device Fraud

2. Beginning in or about August 2017 and continuing through July 2018, in the Eastern District of Michigan, Southern Division, the defendant, JANEVONNE HUBBARD, knowingly and with intent to defraud, used an unauthorized access device, to wit: a debit card issued in the name of a deceased individual, Y.G., and by such conduct obtained an amount of money greater than $1,000 within a one-year period, said use affecting interstate and foreign commerce, in violation of 18 U.S.C. § 1029(a)(2) and (c)(1)(A)(i).

## COUNT THREE
## 42 U.S.C. § 408(a)(4) - Social Security Benefit Fraud

3. Beginning in or around August 2008, and continuing through July 2018, in the Eastern District of Michigan, Southern Division, the defendant, JANEVONNE HUBBARD, in a matter within the jurisdiction of the SSA, having knowledge of an event affecting the continued right to SSA benefit payments of an individual on whose behalf she was receiving such payments, knowingly and willfully concealed and failed to disclose such event, with the intent to fraudulently secure payment either in a greater amount than is due or when no payment is authorized.

4. Specifically, while receiving benefits intended for Y.G., an individual known to the grand jury, and having knowledge of Y.G.'s death, HUBBARD

knowingly and willfully concealed and failed to disclose the fact of Y.G.'s death to the SSA, in order to continue receiving Y.G.'s monthly benefits. By such action, the defendant fraudulently obtained approximately $200,000.00 in Social Security Act, Title II, Retirement Insurance Benefits to which she was not entitled; in violation of Title 42, United States Code, Section 408(a)(4).

THIS IS A TRUE BILL

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

*s/John K. Neal*
JOHN K. NEAL
Assistant United States Attorney
Chief, White Collar Crime Unit

*s/Corinne M. Lambert*
CORINNE M. LAMBERT
Special Assistant U.S. Attorney

Dated: July 11, 2023

i

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number: |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on LCrR 57.10(b)(4)[1]: | |
| ☐Yes ☑No | AUSA's Initials: C.M.L. |

**Case Title:** USA v. Janevonne Hubbard

**County where offense occurred:** Wayne

**Offense Type:** Felony

Indictment -- **no** prior complaint

## Superseding Case Information

**Superseding to Case No:** _____  **Judge:** _____

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

July 11, 2023
Date

*Corinne M. Lambert*
Corinne M. Lambert
Special Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Corinne.Lambert@usdoj.gov
(313) 226-9129
Bar #: P74285

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.